# UNITED STATES DISTRICT COURT
## for the

**FILED**

**JUN 2 8 2021**

Clerk, U. S. District Court
Eastern District of Tennessee
at Knoxville

Ban Willard Watkins
*Plaintiff/Petitioner*

v.

Mike Flynn, Et al
*Defendant/Respondent*

Civil Action No. 3: 21 CV 233

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: B.C.J.C. 920 E. Lamar Alexder PKwy Maryville, Tu 37801
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ 0.00 , and my take-home pay or wages are: $ 0.00 per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☒ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☒ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

I worked for approx 3 weeks for 10 dollars an hour over a period of 4 months, and I received 236.00 dollars in food stamps. And before that, I was incarcerated in prison and made 34¢ an hour.

4. Amount of money that I have in cash or in a checking or savings account: $ 0.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: none

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: none

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: none

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: $10.00 Dollar fine, court cost

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 6-17-21

_____
Applicant's signature

BEN WILLARD WATKINS
_____
Printed name

# CERTIFICATE

## TO BE COMPLETED BY AN AUTHORIZED
## CUSTODIAN OF INMATE ACCOUNTS

I certify that the applicant herein has the sum of $ ___0___ on account to his/her credit

at the _Blount Co Sheriff's Office Detention facility_ (institution where the

applicant is currently incarcerated). I further certify that the average balance in the applicant's

trust fund account during the last six months was $ ___0___ . A copy of the applicant's

trust fund account (or an institutional equivalent) for the last six months is attached hereto.

_____
Signature of Authorized Officer

Sworn to and subscribed before me this
__11__ day of _June_ , 20_21_ .

_____
Notary Public

My commission expires ___7/23/24___

# Report - Inmates Balances

| Date/Time From | 01/01/2021 | CST |
| Date/Time To | 6/14/2021 | CDT |
| Inmate First Name | ben | |
| Inmate Last Name | watkins | |

| Jail: | Blount County, TN |
| Total Inmates: | 1 |

PDF | Print | Excel

Search:

| Inmate ID | Inmate | Avg. Daily Balance | Current Balance |
|---|---|---|---|
| 10536 | WATKINS, BEN WILLARD | $0.00 | $0.00 |

Showing 1 to 1 of 1 entries

Previous     1     Next